IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JILLIAN COLEMAN,<br><br>Defendant. | No. CR07-0051<br><br>ORDER FOR RELEASE PENDING HEARING |

On the 24th day of December 2014, this matter came on for a preliminary hearing and detention hearing. The Government was represented by Assistant United States Attorney Daniel C. Tvedt. Defendant Jillian Coleman appeared personally and was represented by her attorney, F. David Eastman.

At the time of hearing, Defendant conceded that the allegations contained in the Second Supplemental and Substituted Petition (docket number 48) establish probable cause to believe that she has violated her supervised release. Hearing on the petition is scheduled before Chief Judge Linda R. Reade on January 15, 2015. For the reasons stated by the Court on the record at the time of hearing, the Court finds Defendant should be released pending the hearing before Chief Judge Reade.

### ORDER

IT IS THEREFORE ORDERED that Defendant shall be released from custody pending the hearing before Chief Judge Reade on January 15, 2015. Defendant is subject to all of the terms and conditions previously imposed for her supervised release. If Defendant violates any of those conditions of release, she is subject to immediate arrest.

DATED this 24th day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA