IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JILLIAN COLEMAN,<br><br>    Defendant. | No. 07-CR-51-LRR<br><br>**ORDER** |

At the hearing on the Second Supplemental Petition to Revoke Supervised Release held January 16, 2015, Defendant advised she was in need of and had scheduled surgery. Given Defendant's history as set forth in the Petition, the Court requested United States Probation Officer Kuhn to talk to Defendant's doctors to determine whether her medical condition is serious such that surgery should be completed before her transport to the United States Bureau of Prisons facility at which she will serve her time.

Officer Kuhn did consult with Defendant's medical providers and was advised that Defendant's medical condition is not serious at this time and that surgery is not absolutely necessary at this time.

Therefore the Court leaves future medical care to the United States Bureau of Prisons and will not be recommending a furlough at this time to address any medical issues.

**IT IS SO ORDERED.**

**DATED** this 20th day of January, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA